NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE:  UNIVERSAL ELECTRONICS, INC.,**
*Appellant*

---

2022-1718

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 16/595,684.

---

**JUDGMENT**

---

JAMES J. LUKAS, JR., Greenberg Traurig, P.A, Chicago, IL, argued for appellant Universal Electronics, Inc.  Also represented by BENJAMIN GILFORD, GARY R. JAROSIK, MATTHEW J. LEVINSTEIN.

MONICA BARNES LATEEF, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Katherine K. Vidal.  Also represented by MICHAEL S. FORMAN, THOMAS W. KRAUSE, AMY J. NELSON, FARHEENA YASMEEN RASHEED.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 7, 2023                    /s/ Jarrett B. Perlow
Date                           Jarrett B. Perlow
                               Acting Clerk of Court